IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA §
§
§   NO. 3:02-CR-285-M
VS. §   NO. 3:08-CV-1601-M
§
RAUL SAENZ-LOPEZ. §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the

Findings, Conclusions and Recommendation of the United States Magistrate Judge dated December

9, 2008, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and

they are accepted as the Findings and Conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of

the United States Magistrate Judge are accepted.

**SO ORDERED** this 23rd day of February, 2009.


BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1